UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ST. LUKE'S CATARACT            CASE NO: 8:06-CV-223-T-MSS
and LASER INSTITUTE, P.A.,

    Plaintiff,

VS.                            Tampa, Florida
                             May 16, 2006
JAMES SANDERSON, et al.,       9:45 a.m.

    Defendants.
_____/


TRANSCRIPT OF MOTION FOR PRELIMINARY INJUNCTION
BEFORE THE HONORABLE MARY S. SCRIVEN
UNITED STATES MAGISTRATE JUDGE


APPEARANCES:

Counsel for Plaintiff:   STANLEY ELEFF, ESQUIRE
                         MARK KISER, ESQUIRE
                         Trenam, Kemker, Scharf, Barkin
                         101 E. Kennedy Boulevard
                         Suite 2700
                         Tampa, Florida   33601
                         813-227-7490

                         DAVID J. STEWART, ESQUIRE
                         STACEY A. MOLLOHAN, ESQUIRE
                         Alston & Bird, LLP
                         1201 West Peachtree Street
                         Atlanta, Georgia   33039
                         404-881-7952