```
 1            IN THE UNITED STATES DISTRICT COURT
              FOR THE MIDDLE DISTRICT OF FLORIDA
 2                 CASE No. 8:06 CV 00223 T MSS

 3                                        FILED
                                          2007 AUG 10 AM 4:07
 4
    ST. LUKE'S CATARACT AND
 5  LASER INSTITUTE, P.A.

 6
            Plaintiff,
 7  v.                              May 22, 2007
                                    11:25 a.m.
 8
    JAMES C. SANDERSON,
 9  JAMES C. SANDERSON, M.D., LLC
    and MARK ERICKSON
10
            Defendants.
11  _____/

12

13         TRANSCRIPT OF TRIAL PROCEEDING
        BEFORE THE HONORABLE MARY S. SCRIVEN
14           UNITED STATES MAGISTRATE JUDGE

15
    APPEARANCES:
16
    For the Plaintiff:      John D. Goldsmith, Esq.
17                          Trenam, Kemker, Scharf,
                            Barkin, Frye, O'Neil &
18                          Mullis, P.A.
                            101 E. Kennedy Blvd.
19                          Suite 2700
                            Tampa, FL 33602
20
                            David J. Stewart
21                          Alston & Bird, LLP
                            1201 West Peachtree Street
22                          Atlanta, GA 30309-3424

23  For the Defendant       Robert H. Smeltzer
    Sanderson               Lowis & Gellen
24                          200 W. Adams St., Suite 1900
                            Chicago, IL 60606
25
```

SANDRA K. LEE, RPR   OFFICIAL UNITED STATES COURT REPORTER