AO 450 (Rev. 5/85) Judgment in a Civil Case
==================================================================================================

# UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

*SECOND AMENDED
JUDGMENT IN A CIVIL CASE*

ST LUKE'S CATARACT AND LASER
INSTITUTE, P.A.

VS.                                                CASE NUMBER: 8:06CV223-T-TGW

JAMES C. SANDERSON and
JAMES C. SANDERSON M.D., LLC

☒ **Jury Verdict.** This action came before the court for trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Judgment is entered in favor of the Plaintiff, St. Luke's cataract And Laser Institute, P.A. on:

| | |
|---|---|
| Count I | Federal False Designations of Origin in the amount of $38,000; |
| Count II | **Federal Anticybersquating Consumer Protection Act in the amount in the amount of $10,000;** |
| Count V | **Violation of the Digital Millennium Copyright Act in the amount of $20,000;** |
| Count VII | **Florida's Deceptive and Unfair Trade Practies Act;** |
| Count VIII | **Unfair Competition in the amount of $40,000; and,** |
| Count IX | **Misappropriation and Conversation** |

Judgement is entered in favor of the Defendants, James C. Sanderson and James C. Sanderson M.D., LLC on:

Count IV      Copyright Infringement

9/14/2009                                             SHERYL L. LOESCH, CLERK

                    **s/** *Carrie Davis*
(By)  Carrie Davis, Deputy Clerk

M'Film Roll No. _____
Doc. No. _____